UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STEVEN SENCIAL**                                                       **CIVIL ACTION**

**VERSUS**                                                                      **NO. 24-0874**

**ARTHUR COLL, ET AL.**                                              **SECTION "E" (4)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the stay of Plaintiff Steven Sencial's § 1983 claims and related state law claims of false arrest, malicious prosecution, and defamation, against defendants Officer Arthur Coll and Officer A. Galvez be **LIFTED**.

New Orleans, Louisiana, this 26th day of August, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.